*ney General' Shea,* and *Messrs. Paul A. Sweeney* and *Wm. A. Van Siclen* for respondent.

No. 335. ALAMITOS LAND CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Melvin D. Wilson* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth,* and *Miss Louise Foster* for respondent.

No. 347. FOOD MACHINERY CORP. *v.* FRUIT TREATING CORPORATION ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frederick S. Lyon, Leonard S. Lyon,* and *O. K. Reaves* for petitioner. *Messrs. Albert M. Austin, John B. Sutton,* and *G. L. Reeves* for respondents.

No. 348. OREGON SHORT LINE RAILROAD CO. ET AL. *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George H. Smith* for petitioners. *Solicitor General Biddle* and *Mr. Robert E. Mulroney* for the United States.

No. 350. LIEBERMAN ET AL. *v.* CITY OF PHILADELPHIA. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. David D. Goff* and *George V. Strong* for petitioners. *Messrs. Francis F. Burch* and *Abraham Wernick* for respondent.